### SLOCUMB v. THE STATE.

SIMMONS, C. J.   1. In passing upon the exceptions to the overruling of a motion for new trial, this court will not consider grounds of the motion which were not approved by the trial judge.

2. The charges complained of, when taken in connection with the entire charge, were not erroneous. The evidence authorized the verdict, and there was no error in refusing a new trial.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent, and Candler, J., not presiding.*

Argued October 20,—Decided November 12, 1902.

Indictment for shooting at another. Before Judge Sheffield. Terrell superior court. June 25, 1902.

*W. H. Gurr* and *R. F. Simmons*, for plaintiff in error.
*J. A. Laing, solicitor-general*, contra.

---

### WINN v. THE STATE.

FISH, J.   There being no complaint that any error of law was committed on the trial, there being evidence to sustain the verdict, and the trial judge being satisfied therewith, the Supreme Court will not reverse the judgment denying a new trial.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent, and Candler, J., not presiding.*

Argued October 20,—Decided November 12, 1902.

Indictment for cheating and swindling. Before Judge Littlejohn. Schley superior court. June 5, 1902.

*J. R. Williams*, for plaintiff in error.
*F. A. Hooper, solicitor-general*, contra.